UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-489-9005

In re:

Franchot Persaud

Order Filed on April 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:   15-26707

Adv. No.:

Hearing Date

Judge:  John K Sherwood

# ORDER MODDIFYING CLAIM NUMBER 6
# PROGRESSIVE CREDIT UNION

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: April 17, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case #	15-26707
Debtor:	Franchot Persaud

Upon the Motion by David Witherspoon, Attorney for the Debtor, and after a Notice and Hearing;

~~There being no objections~~, it is hereby, ORDERED THAT

Claim #6, The Pre-Petition arrears are amended to $0.  Progressive's secured claim is unaffected.