UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-489-9005

**Order Filed on April 17, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

Franchot Persaud

Case No.:   15-26707

Adv. No.:

Hearing Date

Judge:  John K Sherwood

**ORDER MODDIFYING CLAIM NUMBER 6
PROGRESSIVE CREDIT UNION**

The relief set forth on the following pages, numbered two (2) through _____2____   is hereby **ORDERED**.

**DATED: April 17, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Case #      15-26707
Debtor:     Franchot Persaud

Upon the Motion by David Witherspoon, Attorney for the Debtor, and after a Notice and Hearing;

~~There being no objections~~; it is hereby, ORDERED THAT

Claim #6, The Pre-Petition arrears are amended to $0. Progressive's secured claim is unaffected.

United States Bankruptcy Court
District of New Jersey

In re:  
Franchot Persaud  
    Debtor

Case No. 15-26707-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2017  
                 Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
```
db          +Franchot Persaud,   86 Howard St,   Irvington, NJ 07111-3417
aty         +Fuchs Greenberg & Sapin LLC,   35 Journal Square,   Ste. 921,   Jersey City, NJ 07306-4025
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
```
            Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
            David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
             prissycatina@yahoo.com
            Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
             bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Teresa G Sadutto-Carley    on behalf of Creditor    Progressive Credit Union tsadutto@platzerlaw.com
                                                                                             TOTAL: 5
```