| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>David Witherspoon<br>Attorney At Law<br>10 Hill Street-Suite 20Y<br>Newark, NJ 07102<br>973-991-0736 |
|---|

**Order Filed on May 30, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br>Franchot Persuad | Case No.: 15-26707 |
|---|---|
| | Chapter: 13 |
| | Judge: John K Sherwood |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED:** May 30, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherspoon_____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____900_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____912_____ per month for _____40_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Franchot Persaud  
    Debtor

Case No. 15-26707-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 30, 2017  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.  
db         +Franchot Persaud,    86 Howard St,    Irvington, NJ 07111-3417  
aty        +Fuchs Greenberg & Sapin LLC,    35 Journal Square,    Ste. 921,    Jersey City, NJ 07306-4025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:  
        Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com  
        David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com, prissycatina@yahoo.com  
        Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Teresa G Sadutto-Carley    on behalf of Creditor    Progressive Credit Union tsadutto@platzerlaw.com  
                                                                                                                                          TOTAL: 5