Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−26707−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Franchot Persaud
   86 Howard St
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−4522

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 19, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 85 − 84
Order Granting Application to Employ Lewis Greenberg as Special Counsel (Related Doc # 84). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2017. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2017
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-26707-JKS
Franchot Persaud                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Oct 19, 2017
                         Form ID: orderntc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
sp             +Lewis Greenberg,    Fuchs, Greenberg & Sapin, LLC,    35 Journal Square,    Suite 921,
               Jersey City, NJ 07306-4025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
        Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
        David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
         prissycatina@yahoo.com
        Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
         bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Teresa G Sadutto-Carley    on behalf of Creditor    Progressive Credit Union tsadutto@platzerlaw.com
                                                                                                                               TOTAL: 5