UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

David Witherspoon
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736
Daveslaw321@gmail.com

In re:

Franchot Persaud

Case No.:   15-26707

Chapter:    13

Hearing Date:

Judge:  John K Sherwood

Order Filed on December 18, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER APPROVING SETTLEMENT
AND DISBURSEMENT**

The relief set forth on the following pages, numbered two (2) through _____2____ is hereby **ORDERED**.

**DATED: December 18, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Case #      15-26707
Adv. No.
Debtor:    Franchot Persaud

Upon the Motion by David Witherspoon, Attorney for the Debtor, and after a Notice and Hearing;

There being no objections, it is hereby,

ORDERED that the personal injury settlement is

Approved, and it is hereby;

ORDERED that:

compensation and expenses are allowed as follows:

| Applicants | Commission/fees | Expenses |
|---|---|---|
| Fuchs, Greenberg & Sapin | $ 11,528.00 | $416.00 |

And it is hereby:

ORDERED:  Any proceeds payable to Franchot Persaud more than $22,575 will be paid to the Chapter 13 trustee within 10 days of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Franchot Persaud  
    Debtor

Case No. 15-26707-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 18, 2017  
                             Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2017.
```
db          +Franchot Persaud,   86 Howard St,   Irvington, NJ 07111-3417
aty         +Fuchs Greenberg & Sapin LLC,   35 Journal Square,    Ste. 921,   Jersey City, NJ 07306-4025
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2017 at the address(es) listed below:
```
            Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
            David Jerome Witherspoon     on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
             prissycatina@yahoo.com
            Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
             bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
            Marie-Ann Greenberg     magecf@magtrustee.com
            Teresa G Sadutto-Carley    on behalf of Creditor    Progressive Credit Union tsadutto@platzerlaw.com
                                                                                                TOTAL: 5
```