David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

United States Bankruptcy Court

District of New Jersey

Franchot Persaud                          }        15-26707
    Debtors                              }
                                                                  }        Chapter 13

_____

Debtor Certification

I Franchot Persaud, hereby certify under penalty of laws as follows:

1. My chapter 13 was confirmed on 6/15/2016.  It was since modified.

2. This past November 2017, I had a fire in my basement of my home.  I have been out of the home ever since.

3. I have had the insurance adjusters come evaluate the damage.  They are sending me a check in the amount approximately $71,000 for repairs.

4. This disruption in temporarily relocating my family is the cause for falling behind in my mortgage payments.

5. I am now settled and able to resume my trustee payments.

6. My attorney is filing a modified chapter 13 plan to bring my payments current and to resume in March 2018.

Therefore; I pray to the Court deny the Motion to dismiss filed by the U. S Trustee on January 29 2018

/s/ Franchot Persaud

   Franchot Persaud                           January 30, 2018