Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15−26707−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Franchot Persaud
    86 Howard St
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−4522

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/14/18
Time:             09:00 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 5, 2018
JAN: smz

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 15-26707-JKS
Franchot Persaud                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 05, 2018
                             Form ID: 132          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db           +Franchot Persaud,    86 Howard St,    Irvington, NJ 07111-3417
aty          +Fuchs Greenberg & Sapin LLC,    35 Journal Square,    Ste. 921,    Jersey City, NJ 07306-4025
sp           +Lewis Greenberg,    Fuchs, Greenberg & Sapin, LLC,    35 Journal Square,    Suite 921,
              Jersey City, NJ 07306-4025
515721416    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
515889497    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515721417    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
              Richmond, VA 23238)
515758391     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515721418    +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515721419    +Cenalr,    PO Box 77404,    Trenton, NJ 08628-6404
515721420    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515721421    +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
515721423    +Kristina Murtha Esq,    701 Market St-Suite 5000,    Philadelphia, PA 19106-1541
515721424     National Enterprice Systems,    29125 Solon Rd.,    Solon, OH 44139-3442
515721425    +New Jersey Anesthesia,    PO Box 0037,    Florham Park, NJ 07932-0037
515891475    +New Jersey Housing & Mortgage Finance Agency,    Attn: James Robinson-Legal Dept.,
              637 S Clinton Ave.,    Trenton, NJ 08611-1811
515940061    +New Jersey Housing & Mortgage Finance Agency,    c/o Cenlar FSB,    425 Phillips Blvd,
              Ewing, NJ 08618-1430
515843957    #+Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
515936397    +Progressive Credit Union,    c/o Platzer, Swergold, et al.,    475 Park Avenue, 18th Floor,
              New York, New York 10022-2045,    Attn: Clifford A. Katz
515721427    +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
515721429    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,    Divison o fTaxation,
              PO Box 245,    Trenton, NJ 08695-0245)
515721430    +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:23    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:20    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr            E-mail/PDF: rmcedi@recoverycorp.com Feb 05 2018 23:30:23    Orion,
              c/o Recovery Management Systems Corp.,    Attn: Ramesh Singh,    25 SE 2nd Avenue, Suite 1120,
              Miami,  FL 33131-1605
515721422     E-mail/Text: cio.bncmail@irs.gov Feb 05 2018 23:26:56    Internal Revenue Serivce,
              PO Box 21126,    Philadelphia, PA 19114
515735224     E-mail/PDF: rmcedi@recoverycorp.com Feb 05 2018 23:30:23    Orion,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
515918808     E-mail/PDF: rmcedi@recoverycorp.com Feb 05 2018 23:30:37    Orion Portfolio Services LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517317409    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2018 23:36:06
              Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk VA 23541-1021
515721426    +E-mail/Text: solorzanon@pims-inc.com Feb 05 2018 23:27:42    Princeton Pathology Services,
              PMB 300 , Town Center Plaza,    319 Route 130 N Suite 4,    Hightstown, NJ 08520-2735
515789990    +E-mail/Text: dkoshers@progressivecu.org Feb 05 2018 23:27:33    Progressive Credit Union,
              131 W 33rd st #7,    New York, NY 10001-2908
515721428    +E-mail/Text: bankruptcy@savit.com Feb 05 2018 23:28:10    Sa-Vit Enterprises,    46 W Ferris St,
              East Brunswick, NJ 08816-2159
                                                                              TOTAL: 10


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515721431    ##+Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
                                                                              TOTALS: 0, * 0, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Feb 05, 2018
                             Form ID: 132               Total Noticed: 31
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
          Clifford A. Katz    on behalf of Creditor    Progressive Credit Union ckatz@platzerlaw.com
          David Jerome Witherspoon    on behalf of Debtor Franchot  Persaud daveslaw321@gmail.com,
           prissycatina@yahoo.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Teresa G Sadutto-Carley    on behalf of Creditor    Progressive Credit Union tsadutto@platzerlaw.com
                                                                          TOTAL: 5
```